CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-055-RSM |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S DISPOSITION MEMORANDUM |
| DVONTAVEOUS HOSTON, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Dvontaveous Hoston to file Defendant's Disposition Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Disposition Memorandum be filed under seal.

DATED this 2 day of October 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Dvontaveous Hoston

ORDER TO SEAL DOCUMENT
(*Dvontaveous Hoston*, CR15-055-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**